STEPHEN ZELLER, Bar No. 265664
Email Address: szeller@shanleyapc.com
CASEY JENSEN, Bar No. 263593
Email Address: cjensen@shanleyapc.com
members of
SHANLEY, a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

Attorneys for Plaintiffs, Carpenters Southwest
Administrative Corporation and Board of Trustees
For the Carpenters Southwest Trusts

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>HARDROCK MANAGEMENT CORPORATION, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 8:25-cv-01188-KES<br><br>NOTICE TO THE COURT REGARDING SETTLEMENT BETWEEN PARTIES<br><br>Before The Honorable Karen E. Scott |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS and defendant, HARDROCK MANAGEMENT CORPORATION, a California corporation, have settled the above action.

///

1 | Defendant will be submitting a lump payment no later than August 31, 2025.

3 | The parties anticipate filing appropriate dismissal with the court no later than September 12, 2025.

6 | PLAINTIFFS are in the process of preparing the settlement documents.

8 | Dated: August 4, 2025                SHANLEY, a Professional Corporation

By: _____
STEPHEN ZELLER
Attorneys for Plaintiffs,
CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION
and BOARD OF TRUSTEES FOR THE
CARPENTERS SOUTHWEST TRUSTS

**PROOF OF SERVICE (By Mail)**
(Carpenters v. Hardrock Management Corporation, etc.,)
(USDC Case No. 8:25-cv-01188-KES)

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On August 4, 2025, I served a copy of the foregoing document, described as:
**NOTICE TO THE COURT REGARDING SETTLEMENT BETWEEN PARTIES**

**on defendant, addressed as follows:**

Hardrock Management Corporation
a California corporation
130 S. Prospect Avenue
Tustin, California  92780

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

**[X]   (BY DEPOSIT FOR COLLECTION)**   I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**Executed on August 4, 2025, at Los Angeles, California.**

**[X]   (FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy J. Moure-Pasco